## DUCKWORTH *v.* KELLY-SPRINGFIELD TIRE COMPANY ET AL.

[No. 20, September Term, 1976.]

*Decided October 7, 1976.*

The cause was argued before MURPHY, C. J., and SINGLEY, SMITH. DIGGES, LEVINE and ELDRIDGE, JJ.

*Ronald J. Levasseur*, with whom were *Levasseur & Held* on the brief, for appellant.

*Hugh A. McMullen*, with whom were *Geppert, McMullen & Paye* on the brief, for Kelly-Springfield Tire Company, part of appellee. *Dennis M. Andreone, Special Assistant Attorney General*, with whom were *Francis B. Burch, Attorney General*, on the brief, for Subsequent Injury Fund, other appellee.

PER CURIAM:

A petition for writ of certiorari was granted to review the decision of the Court of Special Appeals in *Duckworth v. Kelly-Springfield Tire Company*, 30 Md. App. 348, 353 A. 2d 1 (1976). This Court adopts the well-reasoned opinion of Judge Davidson filed in that case and affirms the judgment of the Court of Special Appeals.

> *Judgment of the Court of Special Appeals affirmed, costs to be paid by the appellant.*